IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROYA SIMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUBLETREE MANAGEMENT,<br><br>    Defendant.<br>_____/ | No. C 12-04928 JSW<br><br>**ORDER (1) STRIKING MOTION TO DISMISS AND (2) SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO TRANSFER** |

On September 28, 2012, Defendant filed a motion to transfer venue. Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's opposition was due to be filed by no later than October 12, 2012. Without prior leave of Court, Plaintiff failed to file her opposition by this deadline. Instead, on October 15, 2012, the parties filed a stipulation to continue the hearing date to a date which is already closed and requested an extension for the briefing schedule without showing good cause. The Court HEREBY SETS the hearing on Defendants' motion to transfer to January 11, 2013 at 9:00 a.m. Plaintiff shall file her opposition, if any, by no later than October 23, 2012. Defendant may file a reply, if any, by no later than October 31, 2012.

On September 28, 2012, Defendant also filed a motion to dismiss or, in the alternative, to strike which exceeds this Court's page limits. *See* Standing Order ¶ 6. The Court HEREBY STRIKES the motion for failure to comply with the Court's page limits. This Order is without prejudice to Defendant re-filing this motion in compliance with the Court' Standing Order or

seeking prior leave of Court to exceed the page limit.  If Defendant re-files this motion by October 26, 2012, Defendant may notice it to be heard on January 11, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 17, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE